UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MELISSA MARIE BARGE,
    Plaintiff,

vs.                                    Case No.: 3:21cv2570/TKW/EMT

KASS SHULER, PA, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff, a California resident proceeding pro se, commenced this action by filing a complaint (ECF No. 1). Plaintiff also filed an "Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)" (ECF No. 2). On November 18, 2021, the undersigned entered an order noting procedural and substantive deficiencies with both documents, including that neither document was filed on the court-approved form (ECF No. 4). The court directed the clerk of court to send Plaintiff the court-approved forms and set a thirty-day deadline for Plaintiff to file either a notice of voluntary dismissal or an amended complaint and a fully completed motion to proceed in forma pauperis (IFP) on the court-approved forms (*id.*).

Plaintiff filed an amended complaint, but it was not on the court form (ECF No. 5). Plaintiff also filed an IFP motion (ECF No. 6). On December 28, 2021,

the court found that Plaintiff was financially able to pay the filing fee and therefore denied the IFP motion (ECF No. 7). The court directed Plaintiff to pay the $402.00 filing fee within fourteen days of the date of the order (*id.*).

Plaintiff failed to comply with the court's order within the time allowed, therefore, on January 18, 2022, the court entered an order directing Plaintiff to show cause, within fourteen days, why the case should not be dismissed for failure to prosecute and/or failure to comply with an order of the court (ECF No. 9).[1] The court notified Plaintiff that failure to comply with the show cause order would result in a recommendation, without further notice, of dismissal of the case (*id*. at 2). The time for compliance with the show cause order has now elapsed, and Plaintiff has not responded or complied with the court's order to pay the filing fee.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 9th day of February 2022.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

---

[1] On January 13, 2022, Plaintiff filed a "Notice to Court" indicating she forwarded a request for payment of the filing fee to the Department of Treasury (ECF No. 8). The notice does not excuse, much less constitute compliance with, the court's order requiring her to pay the filing fee, as the court advised Plaintiff in the order to show cause (ECF No. 9 at 2 n.2).

Case No.: 3:21cv2570/TKW/EMT

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control</u>.  An objecting party must serve a copy of the objections on all other parties.  A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**